```
               IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                          )  IN PROCEEDINGS UNDER CHAPTER 7
                                )
CAROLYN BRIDGES,                )  No.          10-31312
                                )
     Debtor.                    )
                                )  Adv. No.     10-03099
CAROLYN BRIDGES,                )
                                )
     Plaintiff,                 )
                                )
v.                              )
                                )
G.E. MONEY BANK,                )
                                )
     Defendant.                 )
```

## MOTION TO DISMISS COMPLAINT

COMES NOW the Plaintiff CAROLYN BRIDGES by Karl J. Wulff, her attorney, and moves to dismiss the instant adversary proceeding WITH PREJUDICE as the matter has been resolved informally between the parties.

```
                              /s/ KARL J. WULFF
                              _____
                              KARL J. WULFF, #06244158
                              Attorneys for Debtor
                              904 Vandalia Avenue
                              Collinsville, IL 62234
                              (618) 345-6966
                              (618) 345-0705 FAX
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) | |
| CAROLYN BRIDGES, | ) | No.        10-31312 |
| | ) | |
|     Debtor. | ) | |
| | ) | Adv. No.    10-03099 |
| CAROLYN BRIDGES, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| G.E. MONEY BANK, | ) | |
| | ) | |
|     Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to those interested parties not being served electronically as follows:

GE Money Bank
P.O. Box 981064
El Paso, TX 79998

Meyer & Njus, P.A.
ATTN: Diane Nauer, Esq.
134 N. LaSalle St., Ste. 1840
Chicago, IL 60602

Carolyn F. Bridges
2943 Washington Avenue
Granite City, IL 62040

on this 28th day of June, 2010 with the correct postage prepaid and deposited in the U.S. Mail in Collinsville, Illinois.

/s/ KARL J. WULFF
_____
Karl J. Wulff, ARDC No. 6244158
Attorney for the Debtor(s)
904 Vandalia Avenue
Collinsville, Illinois 62234
(618)345-6966
(618)345-0705 FAX